## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

Terri Lewis−Bledsoe
        Plaintiff,

v.               Case No.: 1:21−cv−06116
              Honorable Harry D. Leinenweber

Ford Motor Company
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 3, 2023:

   MINUTE entry before the Honorable Harry D. Leinneweber: A STIPULATION OF DISMISSAL WITH PREJUDICE having been filed, this case is hereby closed. Civil case terminated. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.